UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BONNEAU,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS,<br><br>    Respondent.<br>_____ | ) Case No. 12-4646 JST(JC)<br>)<br>)<br>) (PROPOSED) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

In accordance with the concurrently issued Order Granting Motion to Withdraw Petition, Denying Motion for Temporary Restraining Order and Petition as Moot, and Dismissing Action, IT IS HEREBY ADJUDGED:  (1) Petitioner's Motion to Withdraw Petition is granted; (2) Petitioner's Motion for a Temporary Restraining Order is denied; (3) the Petition for Writ of Habeas Corpus is denied; and (4) this action is dismissed.

IT IS SO ADJUDGED.

DATED: July 4, 2012

**JOSEPHINE STATON TUCKER**
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE